# United States Court of Appeals
## For the First Circuit

---

No. 00-1110

ANGEL NIEVES AND REBECCA NIEVES,

Plaintiffs, Appellants,

v.

TERENCE J. MCSWEENEY ET AL.,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on February 27, 2001 is corrected as follows:

On page 22, line 6, change "fairly" to "family"